===============================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

| NORTHERN | DISTRICT OF | NEW YORK |

JUDGMENT IN A CIVIL CASE

DOCKET NO. 1:08-cv-1011 (GLS/DRH)

**ROBERT L. SCHULZ**

    v.

**UNITED STATES EXECUTIVE DEPARTMENT; GEORGE W. BUSH, President of the United States; HENRY M. PAULSON, JR., Secretary of the Treasury; UNITED STATES CONGRESS; NANCY PELOSI, Speaker of the House of Representatives; HARRY REID, Senate Majority Leader; UNITED STATES FEDERAL RESERVE SYSTEM; BEN S. BERNANKE, Chairman of the Board of the United States Federal Reserve System**

☐      JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒      DECISION BY COURT. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, that defendants' motion to dismiss (Dkt. No. 15; 1:08-cv-991) is GRANTED, in accordance with the Memorandum-Decision and Order issued by U.S. District Judge Gary L. Sharpe on February 24, 2009.**

 

February 24, 2009                        **LAWRENCE K. BAERMAN**
                                               CLERK OF THE COURT


                                       BY:     S/
                                                    DEPUTY CLERK
                                                    John Law